**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GlycoBioSciences, Inc., ) <br> 7 Timber Court ) <br> Georgetown, Ontario ) <br> L7G 4S4 Ontario, Canada ) <br>  ) <br>     Plaintiff ) <br>  ) <br> v. ) <br>  ) <br> Innocutis Holdings, LLC ) <br> 171 Church Street ) <br> Suite 140 ) <br> Charleston, South Carolina 29401 ) <br>  ) <br> DARA BioSciences, Inc. ) <br> 8601 Six Forks Road ) <br> Suite 160 ) <br> Raleigh, North Carolina 27615 ) <br>  ) <br>     Defendants ) | Civil Action No.: 1:12-cv-01901-RMC |

## DARA BIOSCIENCES, INC.'S MOTION TO STAY PENDING REEXAMINATIONS OF THE PATENTS IN SUIT

Defendant DARA BioSciences, Inc. ("DARA") respectfully requests that this Court stay the above-captioned case pending final resolution of the related United States Patent and Trademark reexamination ("PTO") proceedings. The grounds for this motion are set forth in Defendant's concurrently-filed Memorandum in Support of the motion, and the exhibits thereto.

Pursuant to Local Rule 7(m), DARA states that on January 31, 2013, Leonard R. Svensson, counsel for DARA, held a meet and confer telephone discussion with counsel for GlycoBioSciences, Mr. Joseph Zito, regarding DARA's intention of filing of a Motion to Stay Pending Reexaminations of the Patents In Suit. Mr. Svensson advised Mr. Zito that DARA intended to file a Motion to Stay in view of the pending reexamination proceedings in the USPTO involving both of the patents relied upon in the Complaint filed by GlycoBioSciences.

Mr. Zito advised Mr. Svensson that GlycoBioSciences would oppose a Motion to Stay the litigation.

| | |
|---|---|
| DATED: 02/01/2013 | BIRCH, STEWART, KOLASCH & BIRCH, LLP |
| | /s/ Quentin R. Corrie_____ |
| | Quentin R. ("Rick") Corrie (DC Bar No. 224469) |
| | Birch, Stewart, Kolasch & Birch, LLP |
| | 8110 Gatehouse Road |
| | Suite 100 East Tower |
| | Falls Church, Virginia 22042 |
| | T. 703.205.8000 |
| | F. 703.205.8050 |
| | Counsel for Innocutis Holdings, LLC |
| | |
| | Of Counsel:   Leonard R. Svensson |

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Joseph Jude Zito, Esquire
ZITO, TLP
1250 Connecticut Avenue, NW
Suite 200
Washington, DC 20036
202-466-3500
joe@zitotlp.com

        /s/ Quentin R. Corrie_____
        Quentin R. ("Rick") Corrie (DC Bar No. 224469)
        Birch, Stewart, Kolasch & Birch, LLP
        8110 Gatehouse Road
        Suite 100 East
        Falls Church, Virginia 22042
        T. 703.205.8000
        F. 703.205.8050
        qrc@bskb.com, mailroom@bskb.com