# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **GLYCOBIOSCIENCES, INC.** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**INNOCUTIS HOLDING, LLC,** )<br>et al. )<br>)<br>Defendants. )<br>) | Civil Case No. 1:12-CV-01901-RDM |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

The undersigned, Jerold I. Schneider and the Schneider Rothman Intellectual Property Law Group, PLLC, hereby file this Unopposed Motion to Withdraw as Counsel for Plaintiff GLYCOBIOSCIENCES, INC., and in support thereof states as follows:

1. The undersigned is currently counsel of record for Plaintiff GLYCOBIOSCIENCES, INC. in the above-styled case.

2. New counsel has entered an appearance for Plaintiff (Doc. No. 103).

3. Plaintiff, by and through its President, has indicated that it has no objection to this Withdrawal.

4. Defendants, by and through counsel, have indicated that this Motion to Withdraw is unopposed.

WHEREFORE, the undersigned respectfully requests this Court grant this Motion to Withdraw as Counsel for the Plaintiff GLYCOBIOSCIENCES, INC., and enter any other Orders as it deems just and proper.

Dated:  February 17, 2016              Respectfully submitted,

/s/ Jerold I. Schneider
JEROLD I. SCHNEIDER
DC Bar No. 417686
**SCHNEIDER ROTHMAN INTELLECTUAL PROPERTY LAW GROUP, PLLC**
4651 North Federal Highway
Boca Raton, FL 33431
561.404.4350 – Telephone
jerold.schneider@sriplaw.com
*Counsel for Plaintiff Glycobiosciences, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2016, the foregoing document was served this day on all counsel of record electronically via CM/ECF as set forth below.

/s/ Jerold I. Schneider
JEROLD I. SCHNEIDER

## SERVICE LIST

Leonard R. Svensson
BIRCH, STEWART, KOLASCH & BIRCH, LLP
12770 High Bluff Drive, Suite 260
San Diego, CA 92130
lrs@bskb.com; mailroom@bskb.com
*Counsel for Innocutis Holdings, LLC and Dara Biosciences, Inc.*

Quentin Rick Corrie
BIRCH STEWARD KOLASCH & BIRCH, LLP
8110 Gatehouse Road, Suite 100 East
Falls Church, VA 22042-1252
qrc@bskb.com
*Counsel for FIDIA Farmaceutici S.p.A.*

JOSEPH J. ZITO
DNL ZITO

1250 Connecticut Ave, N.W. , Suite 200
Washington, D.C. 20036
202.466.3500 – Telephone
jzito@dnlzito.com
*Counsel for Plaintiff Glycobiosciences, Inc.*
Jeffrey E. Gordon
Akerman LLP
750 Ninth St. N.W., Suite 750
Washington, D.C. 20001
202.393.6222
Jeffrey.gordon@akerman.com
*Counsel for Plaintiff Glycobiosciences, Inc.*