UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| GYLCOBIOSCIENCES INC. | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:12-cv-01901 |
| | ) | |
| INNOCUTIS HOLDINGS LLC *et al*. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## MOTION OF JOSEPH J. ZITO TO WITHDRAW
## AS COUNSEL FOR PLAINTIFF GLYCOBIOSCIENCES, INC.

The undersigned, Joseph J. Zito, hereby moves to withdraw as counsel for Plaintiff GlycoBioSciences, Inc., and in support thereof states as follows:

Undersigned is currently one of four counsel of record for Plaintiff GlycoBioSciences, Inc. Counsel at the firm of Akerman, LLP entered appearances for Plaintiff in this matter over a month ago, including lead and local counsel, and have been fully and actively engaged in this matter:

| | |
|---|---|
| Jeffrey E. Gordon | David Brafman |
| AKERMAN LLP | Mark D. Passler |
| 750 9th Street NW | AKERMAN LLP |
| Suite 750 | 777 South Flagler Drive |
| Washington, DC 20001 | Suite 1100, West Tower |
| (202) 824-1747 | West Palm Beach, FL 33401 |
| Fax: (202) 393-5959 | (561) 653-5000 |
| Email: jeffrey.gordon@akerman.com | Fax: (561) 659-6313 |
| LEAD ATTORNEY | Email: david.brafman@akerman.com |
| | Email: mark.passler@akerman.com |
| | PRO HAC VICE |
| | ATTORNEY TO BE NOTICED |

No trial date has been set in this matter, and neither Plaintiff nor Defendant's will be prejudiced by this withdrawal.

WHEREFORE, the undersigned respectfully requests this Court grant this Motion to Withdraw as Counsel, and enter any other Orders as it deems just and proper.

DATED this 21st day of March, 2016.

                                            Respectfully submitted,

                                            /s/ Joseph J. Zito
                                            Joseph J. Zito
                                            DNL ZITO
                                            1250 Connecticut Ave, NW Suite 200
                                            Washington, DC 20036
                                            202-466-3500
                                            jzito@dnlzito.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **MOTION TO WITHDRAW** was filed electronically this 21st day of March, 2016.  Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

                                            /s/ Joseph J. Zito
                                            Joseph J. Zito