# United States District Court

## District of Columbia

| | | |
|---|---|---|
| GlycoBioSciences, Inc., | ) | Civil Action No.: 1:12-cv-01901-RDM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Innocutis Holdings, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO STAY
## PENDING REEXAMINATION OF THE PATENT IN SUIT

Defendants Innocutis Holdings, LLC ("Innocutis"),  DARA Biosciences, Inc. ("DARA") and Fidia Farmaceutici S.p.A. ("Fidia") respectfully request that this Court stay the above-captioned case pending final resolution of a reexamination proceeding on the patent in suit in the United States Patent and Trademark.  The grounds for this motion are set forth in Defendants' concurrently-filed Memorandum in Support of the motion, and the exhibits thereto.

Pursuant to Local Rule 7(m), Defendants state that on March 30, 2016, counsel for Defendants conferred via e-mail with counsel for GlycoBioSciences, Mr. David Brafman, regarding Defendants' intention of filing this Motion. Mr. Brafman advised counsel for Defendants' that GlycoBioSciences does not think a stay of the litigation is appropriate.


DATED: 04/01/2016          BIRCH, STEWART, KOLASCH & BIRCH, LLP

/s/ Quentin R. Corrie_____
Quentin R. ("Rick") Corrie (DC Bar No. 224469)
Birch, Stewart, Kolasch & Birch, LLP
8110 Gatehouse Road, Suite 100 East Tower
Falls Church, Virginia 22042
T. 703.205.8000     F. 703.205.8050
Counsel for Defendants

Of Counsel:    Leonard R. Svensson

**CERTIFICATE OF SERVICE**


I hereby certify that on April 1, 2016, I electronically transmitted the attached

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing to the following CM/ECF registrants:

    Jeffrey E. Gordon
    Mark D. Passler
    David Brafman
    AKERMAN LLP
    777 South Flagler Drive
    Suite 1100, West Tower
    West Palm Beach, FL 33401
    jeffrey.gordon@akerman.com
    mark.passler@akerman.com
    david.brafman@akerman.com


    /s/ Quentin R. Corrie_____
    Quentin R. ("Rick") Corrie (DC Bar No. 224469)
    Birch, Stewart, Kolasch & Birch, LLP
    8110 Gatehouse Road
    Suite 100 East
    Falls Church, Virginia 22042
    T. 703.205.8000
    F. 703.205.8050
    qrc@bskb.com, mailroom@bskb.com

Case No. BC 474614