**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

GLYCOBIOSCIENCES, INC.,

    Plaintiff,

v.

FIDIA FARMACEUTICI S.P.A.,
INNOCUTIS HOLDINGS, LLC, AND
DARA BIOSCIENCES, INC.,

    Defendants.

Case No.: 1:12-cv-01901-RDM

## Motion to Withdraw as Counsel for Plaintiff GlycoBioSciences, Inc.

Akerman LLP and David Brafman, Esq., Mark D. Passler, Esq., and Jeffrey E. Gordon, Esq. of Akerman LLP (collectively, "Akerman"), respectfully move for entry of an order authorizing Akerman to withdraw as counsel for Plaintiff GlycoBioSciences, Inc., ("Glyco") and in support state as follows:

1. Akerman and its attorneys appeared in this case as counsel for Glyco in February 2016.

2. Irreconcilable differences have arisen between Glyco and Akerman making it impossible for Akerman to continue to represent Glyco in this matter.

3. Earlier today, Joseph Zito (who previously was a counsel of record for Glyco in this matter) filed a notice of appearance on behalf of Glyco.  *See* ECF No. 132.  Therefore, Glyco will be continue to be represented by counsel of record even if Akerman is permitted to withdraw.  The requested withdrawal should therefore not unduly prejudice any party or unduly delay the proceedings in this case.

4. Akerman therefore respectfully moves for leave to withdraw as counsel for Glyco in this matter.

5. Plaintiff, by and through its President Mr. Kevin Drizen, consents to Akerman's withdrawal.

6. Undersigned counsel has asked Defendants' counsel whether Defendants consent to Akerman's withdrawal. Defendants' counsel indicated that he would work on determining the Defendants' position expeditiously but that it may take several days until he knew.

**WHEREFORE**, Akerman respectfully requests that this Court enter an order granting it leave to withdraw as counsel for Plaintiff GlycoBioSciences, Inc., relieving David Brafman, Esq., Mark D. Passler, Esq., and Jeffrey E. Gordon, Esq., and Akerman LLP from any further responsibility in this matter.

Dated: May 3, 2016              Respectfully submitted,

*/s/ David Brafman*
David Brafman
*(pro hac vice)*
Mark D. Passler
*(pro hac vice)*
777 South Flagler Drive
Suite 1100, West Tower
West Palm Beach, FL 33401
Tel.: 561-653-5000
Fax: 561-659-6313
Email: david.brafman@akerman.com
Email: mark.passler@akerman.com

Jeffrey E. Gordon
(D.C. Bar No. 990220)
AKERMAN LLP
750 Ninth St. NW, Suite 750
Washington D.C. 20001
Tel.: 202-393-6222
Fax: 202-393-5959
Email: jeffrey.gordon@akerman.com

*Counsel for Plaintiff GlycoBioSciences, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                        */s/ David Brafman*
                                                        David Brafman