UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GlycoBioSciences, Inc. | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 1:12-cv-01901-RDM |
| | ) |
| Innocutis Holdings LLC, *et. al.* | ) |
|     Defendants | ) |

**JOINT STIPULATION AND MOTION REGARDING SCHEDULE AND NEW DEADLINE**

The parties, Plaintiff GlycoBioSciences, Inc. and Defendants Fidia Farmaceutici S.p.a., Innocutis Holdings LLC, and Dara Biosciences Inc. (collectively, "Defendants"), hereby jointly stipulate and move this Court to amend the current schedule for a single, limited exception to the close of fact discovery scheduled for July 22, 2016. The parties respectfully request that the deadline for a deposition of GlycoBioSciences' representative be extended to August 19, 2016 to accommodate the schedule of GlycoBioSciences and its designated witness.

The parties have conferred and agreed that fact discovery will end on July 22, 2016 with the single, limited exception of a new deadline for the deposition of GlycoBioSciences' representative to occur prior to August 19, 2016. The new deadline does not change any other date in front of the Court.

Respectfully submitted,

| | |
|---|---|
| /s/ Joseph J. Zito | /s/ Quentin R. Corrie |
| Joseph J. Zito | Quentin R. Corrie (D.C. Bar No. 224469) |
| DNL ZITO | Lynde F. Herzbach (*Pro Hac Vice*) |
| 1250 Connecticut Ave, NW Suite 200 | Leonard R. Svensson (*Pro Hac Vice*) |
| Washington, DC 20036 | BIRCH STEWART KOLASCH & BIRCH, LLP |
| 202-466-3500 | 8110 Gatehouse Road, Suite 100 East |
| jzito@dnlzito.com | Falls Church, VA 22042 |
| *Counsel for the Plaintiff* | 703.205.8000 |
| | qrc@bskb.com, mailroom@bskb.com |
| | *Counsel for Defendants* |