# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GYLCOBIOSCIENCES INC. )<br>)<br>    Plaintiff   )<br>)<br>v.   )<br>)<br>INNOCUTIS HOLDINGS LLC *et al*.   )<br>)<br>    Defendants   ) | Civil Action No. 1:12-cv-01901 |

## CERTIFICATION OF NOTIFICATION

The undersigned, Joseph J. Zito, hereby certifies that he has notified Plaintiff that:

"the Court has cautioned that the pendency of this issue will not toll the time to file plaintiff's opposition to Fidia's motion for partial summary judgment or the time in which the Court has ordered that the parties complete discovery."

Counsel has also provided Plaintiff with a copy of teh Courts Order of July 26, 2016,

which reads as follows:

MINUTE ORDER: Upon consideration of the Second Motion To Withdraw as Attorney [146], it is hereby ORDERED that the motion is DENIED without prejudice for failure to comply with Local Rule 83.6(c). Counsel may refile the motion to withdraw in accordance with that rule, but counsel and plaintiff are cautioned that the pendency of this issue will not toll the time to file plaintiff's opposition to Fidia's motion for partial summary judgment or the time in which the Court has ordered that the parties complete discovery. If counsel refiles the motion, in addition to complying with Local Rule 83.6(c), he shall also include a certification that he has informed plaintiff of the Court's warning regarding upcoming deadlines in this case. Signed by Judge Randolph D. Moss on 7/26/2016. (lcrdm1, )

DATED this 27th day of July, 2016.

                                                Respectfully submitted,
                                                /s/ Joseph J. Zito
                                                Joseph J. Zito
                                                DNL ZITO
                                                1250 Connecticut Ave, NW Suite 200
                                                Washington, DC 20036
                                                202-466-3500
                                                jzito@dnlzito.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **CERTIFICATION OF NNOTIFICATION** was filed electronically this 27th day of July, 2016.  Notice of this filing will be sent to all counsel by operation of the Court's electronic filing system.

      /s/ Joseph J. Zito
      Joseph J. Zito